*OFFICE OF THE CHAPTER 13 STANDING TRUSTEE*
Isabel C. Balboa
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ 08002-2977
(856) 663-5002

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**
**(Camden)**

| | |
|---|---|
| In Re:<br><br>DOROTHY A. DURANT-DIXON<br><br><br>Debtor(s). | Proceedings in Chapter 13<br><br>Case No.: 18-35313-JNP<br><br>**TRUSTEE'S STATEMENT PURSUANT TO 11 U.S.C. §§ 1302(c), 1106(a)(3), and 1106(a)(4)** |

The Chapter 13 Standing Trustee hereby submits this Statement of Investigation of the financial affairs of the Debtor(s) pursuant to 11 U.S.C. §§ 1302(c), 1106(a)(3) and 1106(a)(4).

   1.   The Trustee's office has conducted a § 341(a) Meeting of Creditors and a business examination which consisted of the review of the Petition, Schedules A - J, Statement of Financial Affairs, and Statement of Current Monthly Income, including a comparison between the Debtor(s)' filed petition and schedules and Certification of Business Debtor (attached hereto as Exhibit "A").

   2.   The Trustee, except to the extent that the Court orders otherwise, has investigated the acts, conduct, assets, liabilities, and financial condition of the Debtor(s), the operation of the Debtor(s)' business and the desirability of the continuance of such business, and any other matter relevant to the case or to the formulation of a plan.

   3.   Furthermore, in connection with the investigation, the Trustee has not ascertained any fact pertaining to fraud, dishonesty, incompetence, misconduct, mismanagement or irregularity in the management of the affairs of Debtor(s), or to a cause of action available to the estate.

Dated: March 11, 2019

ICB:   KES
via first class mail:

    DOROTHY A. DURANT-DIXON

Respectfully submitted,

*/s/  ISABEL C. BALBOA*
ISABEL C. BALBOA
Chapter 13 Standing Trustee

Form 20020-00-Trustee's Statement; Chapter 13 Standing Trustee

# OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
## Isabel C. Balboa, Chapter 13 Standing Trustee

### Certification of Business Debtor for Independent Contractor and/or 1099 Employee

Note: All fields highlighted in red must be completed.

Debtor(s)' Name: Dorothy A. Dixon

Case Number:

E-mail: durantdorothy@aol.com

I, as the Debtor(s) named above, being of full age & duly sworn upon my oath, depose and say:

I'm an Independent Contractor for:
- ☑ 1 Company.
- ○ 2 Companies.
- ○ 3 Companies.
- ○ 4 Companies.
- ○ 5 Companies.
- ○ 6-10 Companies.
- ○ More than 10 companies.

I'm an Independent Contractor for: Griswold Home Care

I'm an Independent Contractor for: myself - private client

I'm an Independent Contractor for:

The nature of my business is: Home Care / personal care

I started as an independent contractor (mm/dd/yyyy): 5/16/16 - present

Individual Income Tax Returns have been filed with the IRS through the year ending:
- ○ 12/31/2011.
- ○ 12/31/2012.
- ○ 12/31/2013.
- ○ 12/31/2014.
- ☑ 12/31/2015.
- ○ 12/31/2016.
- ☑ 12/31/2017.
- ○ 12/31/2018.
- ○ 12/31/2019.
- ○ 12/31/2020.
- ○ Not Required.

I have received all 1099-MICS through the year ending:
- ○ 12/31/2011.
- ○ 12/31/2012.
- ○ 12/31/2013.
- ○ 12/31/2014.
- ○ 12/31/2015.
- ○ 12/31/2016.
- ☑ 12/31/2017.
- ○ 12/31/2018.
- ○ 12/31/2019.
- ○ 12/31/2020.
- ○ Not Required.

As an Independent Contractor., I: ☑ have / ☐ have not been paid for all work I performed as of the time of filing.

As an Independent Contractor, I: ☐ have / ☑ do not have W-2 employees.

As an Independent Contractor, I: ☐ use / ☑ do not use sub-contractors.

As an Independent Contractor, I: ☐ do / ☑ do not have separate insurance for the work I perform.

As an Independent Contractor, I: ☑ have / ☐ do not have an individual license for the work I perform.

As an Independent Contractor, my assets, including tools, equipment, inventory and accounts, total: _All supplies needed are purchased by client._

---

**YOU MUST SUPPLY THE FOLLOWING DOCUMENT(S) WITH THIS CERTIFICATION OF BUSINESS DEBTOR:**

☑ PROVIDE COPIES OF THE LAST TWO (2) YEARS TAX RETURNS, ALONG WITH ALL SUPPORTING SCHEDULES, STATEMENTS, AND 1099-MICS. NOTE: Please redact SS#s (XXX-XX-1234), dependent(s)' names, and birth dates.

☐ PROVIDE A COPY OF THE CURRENT INSURANCE POLICIES DECLARATION PAGE. NOTE: If proof of effective insurance is not provided to the Trustee within ten (10) days prior to the first scheduled 341(a) Meeting of Creditors, the Trustee may move to dismiss this case.

☐ PROVIDE A COPY OF THE CURRENT LICENSES AND PERMITS IN ACCORDANCE WITH THE STATE OF NJ (See www.nj.gov/njbusiness/licenses/) PLUS MUNICIPAL AND COUNTY LICENSES AND CERTIFICATIONS, IN WHICH YOUR BUSINESS IN LOCATED, AS REQUIRED.

PLEASE NOTE THAT BANK STATEMENTS AND / OR PROFIT AND LOSS STATEMENT MAY BE REQUIRED AFTER THE TRUSTEE'S REVIEW OF THIS CERTIFICATION AND THE DOCUMENTS PROVIDED.

---

I declare, as the Debtor(s) named above, under penalty of perjury that the foregoing information is true and correct.

☑ I have attached all required documents requested (i.e. Tax Returns, 1099-MISCs, Declaration Page for Insurance, License).

☑ I read and acknowledge Responsibilities as a Business Debtor (www.standingtrustee.com/forms).

☑ I understand that filing this document under the Trustee's Filing System (T.F.S.) constitutes the Participant's signature for purposes of signing the document under Fed. R. Bankr. P. 9011.

/s/ Print Debtor's Name: _Dorothy A. Dixon_

/s/ Print Co-Debtor's Name: _____

Dated (mm/dd/yyyy): _11/29/18_