UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

*OFFICE OF THE CHAPTER 13 STANDING TRUSTEE*
Isabel C. Balboa, Esquire (IB 4082)
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, New Jersey 08002
(856) 663-5002

In Re:

DOROTHY A. DURANT-DIXON

Debtor(s)'.

Case No.    18-35313    JNP

Judge:    Jerrold N. Poslusny, Jr.

STIPULATION ADJUSTING TRUSTEE PAYMENTS

WHEREAS, a review of Debtor's case by the Chapter 13 Standing Trustee's Office revealed that Debtor's monthly Trustee payments should be recalculated and good cause having been shown, and

WHEREAS, the Trustee and Debtor's counsel have agreed to resolve the adjustment in Trustee payments by this Stipulation;

NOW THEREFORE, the Trustee and counsel for Debtor hereby agree as follow:

1.    Debtor's case be and is hereby allowed to continue at $2,830.00 total receipts applied to plan, plus $600.00 within ten (10) days then $587.00 per month for the remaining fifty-one (51) months commencing October 1, 2019, for a total of sixty (60) months.

IT IS STIPULATED that all other terms set forth in the Order Confirming Plan entered on March 6, 2019 remain in effect.

_____
Stacey L. Mullen, Esquire
Attorney for Debtor

Dated: 9/17/19

_____
Isabel C. Balboa,
Chapter 13 Standing Trustee

Dated: 9/19/19