UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Stacey L. Mullen, Esquire
2091 N. Springdale Road - Suite 17
Cherry Hill, New Jersey, 08003
(856) 778-8677
Attorney for Debtor(s)
Stacey L. Mullen, Esquire (SLM-5588)

Order Filed on September 17, 2019 by Clerk U.S. Bankruptcy Court District of New Jersey

In Re:

Dorothy Durant-Dixon,

                Debtor

Case No.: 18-35313 (JNP)

Chapter 13

Hearing Date:

Judge: Jerrold N. Poslusny, Jr.

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED**

**DATED: September 17, 2019**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Case No.  18-35313 (JNP)
Order Granting Supplemental Chapter 13 Fees
Page 2

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

ORDERED that Stacey L. Mullen, the applicant, is allowed a fee of $ 400.00 for services rendered and expenses in the amount of $ 0.00 for a total of $ 400.00. The allowance shall be payable:

      XXXXX    through the Chapter 13 plan as an administrative priority.

             outside the plan.

The debtor's monthly plan is modified to require a payment of $574.00 per month for 52 months to allow for payment of the aforesaid fee.

(Local Form 14 Rev. September 2002)

United States Bankruptcy Court
District of New Jersey

In re:  
Dorothy A. Durant-Dixon  
    Debtor

Case No. 18-35313-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Sep 18, 2019  
                 Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2019.  
db         +Dorothy A. Durant-Dixon,   311 Laurel Avenue,   Woodlynne, NJ 08107-2128

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2019                                                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2019 at the address(es) listed below:

        Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper  
         dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
        Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,  
         summarymail@standingtrustee.com  
        Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com  
        Rebecca Ann Solarz    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper  
         rsolarz@kmllawgroup.com  
        Stacey L. Mullen    on behalf of Debtor Dorothy A. Durant-Dixon slmullen@comcast.net  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                   TOTAL: 6