| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>*OFFICE OF THE CHAPTER 13 STANDING TRUSTEE*<br>**Isabel C. Balboa, Esquire (IB 4082)**<br>**Cherry Tree Corporate Center**<br>**535 Route 38, Suite 580**<br>**Cherry Hill, New Jersey 08002**<br>**(856) 663-5002** |
| In Re:<br><br>    Dorothy A. Durant-Dixon<br>                                Debtor (s)' |

Case No. 18-35313 (JNP)

Judge:  Jerrold N. Poslusny Jr.

**STIPULATION ADJUSTING
TRUSTEE PAYMENTS**

**WHEREAS,** a review of Debtor's case by the Chapter 13 Standing Trustee's Office revealed that Debtor's monthly Trustee payments should be recalculated and good cause having been shown, and

**WHEREAS,** the Trustee and Debtor's counsel have agreed to resolve the adjustment in Trustee payments by this Stipulation;

**NOW THEREFORE,** the Trustee and counsel for Debtor hereby agree as follow:

1.    Debtor's case be and is hereby allowed to continue at $7,825.00 total receipts applied to plan, then **$633.00** per month for the remaining forty-two (42) months commencing June 1, 2020, for a total of sixty (60) months.

**IT IS STIPULATED** that all other terms set forth in the Order Confirming Plan entered on March 6, 2019 remain in effect.

_____  
Stacey L. Mullen, Esquire  
Attorney for Debtor  
Dated: 6/15/20

/s/ Isabel C. Balboa  
Isabel C. Balboa  
Chapter 13 Standing Trustee  
Dated: 6/15/20

---

Cherry Tree Corporate Center
535 Route 38
Suite 580
Cherry Hill, NJ 08002
(856) 663-5002

Payments Only:

P.O. Box 1978
Memphis, TN 38101-1978