Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−35313−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Dorothy A. Durant−Dixon
   311 Laurel Avenue
   Woodlynne, NJ 08107

Social Security No.:
   xxx−xx−3582

Employer's Tax I.D. No.:

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:            October 27, 2020
Time:            11:00 AM
Location:        4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*48* – Certification in Opposition to (related document:47 Creditor's Certification of Default (related document:44 Order (Generic)) filed by Denise E. Carlon on behalf of Nationstar Mortgage LLC d/b/a Mr. Cooper. Objection deadline is 10/8/2020. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order # 4 Certificate of Service) filed by Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper) filed by Stacey L. Mullen on behalf of Dorothy A. Durant−Dixon. (Attachments: # 1 Exhibit) (Mullen, Stacey)

and transact such other business as may properly come before the meeting.


Dated: October 2, 2020
JAN: kaj

                                        Jeanne Naughton
                                        Clerk