UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

51914
Morton & Craig LLC
William E. Craig, Esquire
110 Marter Ave., Suite 301
Moorestown, NJ 08057
Attorney for Ally Financial

In Re:

DOROTHY A. DURANT-DIXON

Order Filed on December 1, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case number: 18-35313

Hearing Date: 11-10-20

Judge: (JNP)

# ORDER FOR ARREARAGE CURE, REGULAR MONTHLY PAYMENTS, INSURANCE, COUNSEL FEES, AND STAY RELIEF UNDER CERTAIN CIRCUMSTANCES

The relief set forth on page number two (2) is hereby **ORDERED**.

**DATED: December 1, 2020**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)
Debtor: Dorothy A. Durant-Dixon
Case No: 18-35313
Caption of Order: Order for arrearage cure, regular monthly payments, insurance, counsel fees, and stay relief under certain circumstances

This matter having brought before this Court on a Motion For Stay Relief filed by John R. Morton, Jr., Esq., attorney for Ally Financial ("Ally"), with the appearance of Stacey L. Mullen, Esq. on behalf of the Debtor, and this Order having been filed with the Court and served upon the Debtor and her attorney under the seven day rule with no objections having been received as to the form or entry of the Order and for good cause shown, it is hereby

**ORDERED:**

1. **That Ally is the holder of a first purchase money security interest encumbering a 2014 Dodge Avenger bearing vehicle identification number 1C3CDZAB9EN169504.**
2. **That the Debtor's account with Ally has post-petition arrears through November 2020 in the amount of $2,812.17.**
3. **That the Debtor is to cure this arrearage by making her regular monthly payment of $359.82 plus an additional $562.43 (total monthly payment of $922.25) for the months of December 2020 through April 2021.**
4. **That commencing December 2020, if the Debtor fails to make any payment to Ally within thirty (30) days after it falls due, Ally shall be entitled to stay relief upon filing a Certification Of Default with the Court and serving it on the Debtor and her attorney.**
5. **That the Debtor must maintain insurance on the vehicle. The vehicle must have full comprehensive and collision coverage with deductibles not exceeding $500.00 each. Ally Financial must be listed as loss payee. If the Debtor fails to maintain valid insurance on the vehicle, Ally shall be entitled to stay relief upon filing a Certification that insurance has lapsed and serving such Certification on the Debtor and her attorney.**
6. **That the Debtor is to pay Ally Financial a counsel fee of $531.00 through her chapter 13 bankruptcy plan.**