Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−35313−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Dorothy A. Durant−Dixon
   311 Laurel Avenue
   Woodlynne, NJ 08107

Social Security No.:
   xxx−xx−3582

Employer's Tax I.D. No.:

### NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:               June 15, 2021
Time:              11:00 AM
Location:         4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*69* – Certification in Opposition to (related document:68 Creditor's Certification of Default (related document:25 Motion for Relief from Stay re: 311 Laurel Avenue, Woodlynne NJ 08107. Fee Amount $ 181. filed by Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper, 56 Order (Generic)) filed by Denise E. Carlon on behalf of Nationstar Mortgage LLC d/b/a Mr. Cooper. Objection deadline is 06/1/2021. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order # 4 Certificate of Service) filed by Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper) filed by Stacey L. Mullen on behalf of Dorothy A. Durant−Dixon. (Attachments: # 1 Exhibit) (Mullen, Stacey)

and transact such other business as may properly come before the meeting.

Dated: May 25, 2021
JAN: lgr

                                                                                                              Jeanne Naughton
                                                                                                              Clerk