UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Nationstar Mortgage d/b/a Mr. Cooper

In Re:

Dorothy Durant-Dixon,

Debtor.

Case No.:    18-35313-ABA

Chapter:    13

Hearing Date:    6/14/2021

Judge:    Altenburg

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled    ☐ Withdrawn

Matter: Secured Creditor's Certification of Default (Docket # 68)

_____

Date: 6/10/2021

/s/ Denise Carlon
Signature

*rev.8/1/15*