Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−35313−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Dorothy A. Durant−Dixon
   311 Laurel Avenue
   Woodlynne, NJ 08107

Social Security No.:
   xxx−xx−3582

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on March 8, 2019.

On 6/8/2021 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:              July 21, 2021
Time:              09:00 AM
Location:          4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: June 9, 2021
JAN: kaj

                                                                 Jeanne Naughton
                                                                 Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                         Case No. 18-35313-JNP

Dorothy A. Durant-Dixon                                                                        Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1              User: admin                                                  Page 1 of 3
Date Rcvd: Jun 09, 2021           Form ID: 185                                                 Total Noticed: 46

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2021:**

| Recip ID   |     | Recipient Name and Address |
|------------|-----|----------------------------|
| db         | +   | Dorothy A. Durant-Dixon, 311 Laurel Avenue, Woodlynne, NJ 08107-2128 |
| 517944672  | +   | Blaze Master Card, P.O. Box 5096, Sioux Falls, SD 57117-5096 |
| 518062896  | +   | CAMDEN COUNTY MUA, 1645 FERRY AVE, CAMDEN NJ 08104-1311 |
| 517944668  | +   | Capital One, P.O. Box 71087, Charlotte, NC 28272-1087 |
| 518025517  |     | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517944671  | +   | Comenity-Modell's Sporting Goods, P.O. Box 659707, San Antonio, TX 78265-9707 |
| 518078356  | +   | Credit First NA, PO Box 818011, Cleveland OH 44181-8011 |
| 517944676  | +   | Credit First, NA, P.O. Box 81344, Cleveland, OH 44188-0001 |
| 518046071  |     | Emergency Physician Associate of South Jersey, PO Box 1123, Minneapolis MN 55440-1123 |
| 517944667  | +   | First National Credit Card, P.O. Box 2496, Omaha, NE 68103-2496 |
| 517944654  | #+  | KML Law Group, 216 Haddon Avenue, Suite 406, Westmont, NJ 08108-2812 |
| 517944653  | +   | Mr. Cooper, 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 517981713  | +   | Nationstar Mortgage LLC, d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 517944661  | +   | New York & Company-Runway Rewards, P.O. Box 659728, San Antonio, TX 78265-9728 |
| 517944657  | +   | Regional Sewer Service, P.O. Box 1105, Bellmawr, NJ 08099-5105 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID   |     | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|------------|-----|----------------------------|-----------|----------------------------|
| smg        |     | Email/Text: usanj.njbankr@usdoj.gov | Jun 09 2021 21:23:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg        | +   | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 09 2021 21:23:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517944656  | +   | Email/Text: ally@ebn.phinsolutions.com | Jun 09 2021 21:20:00 | Ally, P.O. Box 380902, Bloomington, MN 55438-0902 |
| 517971297  |     | Email/Text: ally@ebn.phinsolutions.com | Jun 09 2021 21:20:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 518050118  |     | Email/PDF: resurgentbknotifications@resurgent.com | Jun 09 2021 21:39:58 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518044814  | +   | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jun 09 2021 21:40:07 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518073849  | +   | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 09 2021 21:39:53 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0493 |
| 517944666  | +   | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 09 2021 21:22:00 | Comenity-Big Lots, P.O. Box 659707, San Antonio, TX 78265-9707 |
| 517944673  | +   | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 09 2021 21:22:00 | Comenity-Boscov's, P.O. Box 659622, San |

Case 18-35313-JNP    Doc 77    Filed 06/11/21    Entered 06/12/21 00:21:42    Desc Imaged
                     Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Jun 09, 2021 | Form ID: 185 | Total Noticed: 46 |

| | | | |
| --- | --- | --- | --- |
| | | | Antonio, TX 78265-9622 |
| 517944675 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 09 2021 21:22:00 | Comenity-HSN, P.O. Box 659707, San Antonio, TX 78265-9707 |
| 517944674 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 09 2021 21:22:00 | Comenity-Victoria's Secret, P.O. Box 659728, San Antonio, TX 78265-9728 |
| 517944659 | | Email/PDF: Citi.BNC.Correspondence@citi.com Jun 09 2021 21:38:53 | Macy's, P.O. Box 8058, Mason, OH 45040 |
| 518073852 | | Email/Text: bnc-quantum@quantum3group.com Jun 09 2021 21:22:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 517944662 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 09 2021 21:22:00 | Forever 21, P.O. Box 659820, San Antonio, TX 78265-9120 |
| 517944660 | + | Email/PDF: Citi.BNC.Correspondence@citi.com Jun 09 2021 21:38:49 | Home Depot Credit Services, P.O. Box 9001010, Louisville, KY 40290-1010 |
| 517944665 | + | Email/Text: PBNCNotifications@peritusservices.com Jun 09 2021 21:20:00 | Kohl's, P.O. Box 2983, Milwaukee, WI 53201-2983 |
| 518016111 | | Email/PDF: resurgentbknotifications@resurgent.com Jun 09 2021 21:38:55 | LVNV Funding LLC C/O Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517944658 | + | Email/PDF: gecsedi@recoverycorp.com Jun 09 2021 21:39:37 | Lowes/Synchrony Bank, P.O. Box 530914, Atlanta, GA 30353-0914 |
| 517944663 | + | Email/Text: bnc@nordstrom.com Jun 09 2021 21:21:08 | Nordstrom, P.O. Box 79139, Phoenix, AZ 85062-9139 |
| 517944670 | + | Email/PDF: gecsedi@recoverycorp.com Jun 09 2021 21:39:37 | Old Navy-Synchrony Bank, P.O. Box 530942, Atlanta, GA 30353-0942 |
| 517944664 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 09 2021 21:22:00 | Overstock, P.O. Box 659707, San Antonio, TX 78265-9707 |
| 518047736 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 09 2021 21:38:50 | Portfolio Recovery Associates, LLC, C/O capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 518709208 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 09 2021 21:39:53 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518709209 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 09 2021 21:38:50 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518047731 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 10 2021 10:32:23 | Portfolio Recovery Associates, LLC, c/o Walmart Credit Card, POB 41067, Norfolk VA 23541 |
| 518062118 | | Email/Text: bnc-quantum@quantum3group.com Jun 09 2021 21:22:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518062120 | | Email/Text: bnc-quantum@quantum3group.com Jun 09 2021 21:22:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518065843 | + | Email/PDF: gecsedi@recoverycorp.com Jun 09 2021 21:39:37 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 517944926 | + | Email/PDF: gecsedi@recoverycorp.com Jun 09 2021 21:39:37 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517944655 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov Jun 09 2021 21:39:41 | US Dept. of HUD, 451 7th Street S.W., Washington, DC 20410-0001 |
| 517944669 | + | Email/PDF: gecsedi@recoverycorp.com Jun 09 2021 21:39:37 | Walmart-Synchrony Bank, P.O. Box 530927, Atlanta, GA 30353-0927 |

TOTAL: 31

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| 518055910 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, C/O capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 518055886 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, c/o Walmart Credit Card, POB 41067, Norfolk VA 23541 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2021            Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| John R. Morton, Jr. | on behalf of Creditor Ally Financial ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| Rebecca Ann Solarz | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper rsolarz@kmllawgroup.com |
| Stacey L. Mullen | on behalf of Debtor Dorothy A. Durant-Dixon slmullen@comcast.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | on behalf of Creditor Ally Financial mortoncraigecf@gmail.com  mortoncraigecf@gmail.com |

TOTAL: 8