Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  18−35313−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Dorothy A. Durant−Dixon
   311 Laurel Avenue
   Woodlynne, NJ 08107

Social Security No.:
   xxx−xx−3582

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on July 21, 2021.

Dated: July 21, 2021
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Dorothy A. Durant-Dixon  
    Debtor

Case No. 18-35313-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: Jul 21, 2021      Form ID: plncf13      Total Noticed: 45

The following symbols are used throughout this certificate:  
**Symbol   Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dorothy A. Durant-Dixon, 311 Laurel Avenue, Woodlynne, NJ 08107-2128 |
| 517944672 | + | Blaze Master Card, P.O. Box 5096, Sioux Falls, SD 57117-5096 |
| 518062896 | + | CAMDEN COUNTY MUA, 1645 FERRY AVE, CAMDEN NJ 08104-1311 |
| 517944668 | + | Capital One, P.O. Box 71087, Charlotte, NC 28272-1087 |
| 518025517 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517944671 | + | Comenity-Modell's Sporting Goods, P.O. Box 659707, San Antonio, TX 78265-9707 |
| 518078356 | + | Credit First NA, PO Box 818011, Cleveland OH 44181-8011 |
| 517944676 | + | Credit First, NA, P.O. Box 81344, Cleveland, OH 44188-0001 |
| 518046071 | | Emergency Physician Associate of South Jersey, PO Box 1123, Minneapolis MN 55440-1123 |
| 517944667 | + | First National Credit Card, P.O. Box 2496, Omaha, NE 68103-2496 |
| 517944653 | + | Mr. Cooper, 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 517981713 | + | Nationstar Mortgage LLC, d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 517944661 | + | New York & Company-Runway Rewards, P.O. Box 659728, San Antonio, TX 78265-9728 |
| 517944657 | + | Regional Sewer Service, P.O. Box 1105, Bellmawr, NJ 08099-5105 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 21 2021 20:34:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 21 2021 20:34:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517944656 | + | Email/Text: ally@ebn.phinsolutions.com | Jul 21 2021 20:33:00 | Ally, P.O. Box 380902, Bloomington, MN 55438-0902 |
| 517971297 | | Email/Text: ally@ebn.phinsolutions.com | Jul 21 2021 20:33:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 518050118 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 21 2021 20:47:10 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518044814 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jul 21 2021 20:57:40 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518073849 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 21 2021 20:47:21 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0493 |
| 517944666 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 21 2021 20:34:00 | Comenity-Big Lots, P.O. Box 659707, San Antonio, TX 78265-9707 |
| 517944673 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 21 2021 20:34:00 | Comenity-Boscov's, P.O. Box 659622, San |

Case 18-35313-JNP    Doc 89    Filed 07/23/21    Entered 07/24/21 00:19:41    Desc Imaged
                               Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 21, 2021 | Form ID: plncf13 | Total Noticed: 45 |

| | | | | |
|---|---|---|---|---|
| | | | | Antonio, TX 78265-9622 |
| 517944675 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 21 2021 20:34:00 | Comenity-HSN, P.O. Box 659707, San Antonio, TX 78265-9707 |
| 517944674 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 21 2021 20:34:00 | Comenity-Victoria's Secret, P.O. Box 659728, San Antonio, TX 78265-9728 |
| 517944659 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 21 2021 20:47:21 | Macy's, P.O. Box 8058, Mason, OH 45040 |
| 518073852 | | Email/Text: bnc-quantum@quantum3group.com | Jul 21 2021 20:34:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 517944662 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 21 2021 20:34:00 | Forever 21, P.O. Box 659820, San Antonio, TX 78265-9120 |
| 517944660 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 21 2021 20:47:16 | Home Depot Credit Services, P.O. Box 9001010, Louisville, KY 40290-1010 |
| 517944665 | + | Email/Text: PBNCNotifications@peritusservices.com | Jul 21 2021 20:34:00 | Kohl's, P.O. Box 2983, Milwaukee, WI 53201-2983 |
| 518016111 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 21 2021 20:47:10 | LVNV Funding LLC C/O Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517944658 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 21 2021 20:33:04 | Lowes/Synchrony Bank, P.O. Box 530914, Atlanta, GA 30353-0914 |
| 517944663 | + | Email/Text: bnc@nordstrom.com | Jul 21 2021 20:34:16 | Nordstrom, P.O. Box 79139, Phoenix, AZ 85062-9139 |
| 517944670 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 21 2021 20:33:10 | Old Navy-Synchrony Bank, P.O. Box 530942, Atlanta, GA 30353-0942 |
| 517944664 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 21 2021 20:34:00 | Overstock, P.O. Box 659707, San Antonio, TX 78265-9707 |
| 518047736 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 21 2021 20:33:11 | Portfolio Recovery Associates, LLC, C/O capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 518709208 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 21 2021 20:33:11 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518709209 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 21 2021 20:33:11 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518047731 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 21 2021 20:32:58 | Portfolio Recovery Associates, LLC, c/o Walmart Credit Card, POB 41067, Norfolk VA 23541 |
| 518062118 | | Email/Text: bnc-quantum@quantum3group.com | Jul 21 2021 20:34:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518062120 | | Email/Text: bnc-quantum@quantum3group.com | Jul 21 2021 20:34:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518065843 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 21 2021 20:32:57 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 517944926 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 21 2021 20:33:10 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517944655 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Jul 21 2021 20:32:57 | US Dept. of HUD, 451 7th Street S.W., Washington, DC 20410-0001 |
| 517944669 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 21 2021 20:33:10 | Walmart-Synchrony Bank, P.O. Box 530927, Atlanta, GA 30353-0927 |

TOTAL: 31

Case 18-35313-JNP    Doc 89    Filed 07/23/21    Entered 07/24/21 00:19:41    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 21, 2021 | Form ID: plncf13 | Total Noticed: 45 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| 518055910 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, C/O capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 518055886 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, c/o Walmart Credit Card, POB 41067, Norfolk VA 23541 |
| 517944654 | ##+ | KML Law Group, 216 Haddon Avenue, Suite 406, Westmont, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2021        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| John R. Morton, Jr. | on behalf of Creditor Ally Financial ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Rebecca Ann Solarz | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper rsolarz@kmllawgroup.com |
| Stacey L. Mullen | on behalf of Debtor Dorothy A. Durant-Dixon slmullen@comcast.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | on behalf of Creditor Ally Financial mortoncraigecf@gmail.com mortoncraigecf@gmail.com |

TOTAL: 8