UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Stacey L. Mullen, Esquire
2091 N. Springdale Road
Suite 17
Cherry Hill, NJ 08003
Attorney for Debtor
(856) 778-8677

Order Filed on November 16, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Dorothy A. Durant-Dixon

Case No.:   18-35313

Judge: JNP

Chapter: 13

# ORDER APPROVING MOTION TO SUSPEND TRUSTEE PAYMENTS FOR 4 MONTHS

The relief as set forth on the following page, numbered two (2) it is hereby **ORDERED**

**DATED: November 16, 2021**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**In re: Dorothy A. Durant-Dixon**
**Case No.: 18-35313 (JNP)**
**Caption of Order: Amended Order Approving Motion to Suspend Trustee Payments for 4 Months**

---

This matter being opened to the Court by the Debtor, through her attorney, with notice to all creditors and the Trustee and that the Court having reviewed the application of the Debtor and any objections thereto and being of the opinion that the relief is appropriate and warranted and for good cause shown:

IT IS ORDERED that the Debtor's request to suspend Trustee payments for 4 months is granted.

IT IS FURTHER ORDERED Debtor's plan payments shall be suspended for the months of October 2021, November 2021, December 2021 and January 2022 with plan payments to resume on February 1, 2022.

IT IS FURTHER ORDERED Debtor shall continue her Chapter 13 plan payments at $15,041.00 paid to date, then $1,144.00 per month for 23 months starting February 1, 2022.