| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Stacey L. Mullen, Esquire<br>2091 N. Springdale Road<br>Suite 17<br>Cherry Hill, NJ 08003<br>Attorney for Debtor<br>(856) 778-8677 | Order Filed on November 16, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Dorothy A. Durant-Dixon | Case No.:   18-35313<br><br>Judge: JNP<br><br>Chapter: 13 |

## ORDER APPROVING MOTION TO SUSPEND TRUSTEE PAYMENTS FOR 4 MONTHS

The relief as set forth on the following page, numbered two (2) it is hereby **ORDERED**

**DATED: November 16, 2021**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**In re: Dorothy A. Durant-Dixon**
**Case No.: 18-35313 (JNP)**
**Caption of Order: Amended Order Approving Motion to Suspend Trustee Payments for 4 Months**

_____

This matter being opened to the Court by the Debtor, through her attorney, with notice to all creditors and the Trustee and that the Court having reviewed the application of the Debtor and any objections thereto and being of the opinion that the relief is appropriate and warranted and for good cause shown:

IT IS ORDERED that the Debtor's request to suspend Trustee payments for 4 months is granted.

IT IS FURTHER ORDERED Debtor's plan payments shall be suspended for the months of October 2021, November 2021, December 2021 and January 2022 with plan payments to resume on February 1, 2022.

IT IS FURTHER ORDERED Debtor shall continue her Chapter 13 plan payments at $15,041.00 paid to date, then $1,144.00 per month for 23 months starting February 1, 2022.

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 18-35313-JNP

Dorothy A. Durant-Dixon     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Nov 16, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Dorothy A. Durant-Dixon, 311 Laurel Avenue, Woodlynne, NJ 08107-2128 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| John R. Morton, Jr. | on behalf of Creditor Ally Financial ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Rebecca Ann Solarz | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper rsolarz@kmllawgroup.com |
| Stacey L. Mullen | on behalf of Debtor Dorothy A. Durant-Dixon slmullen@comcast.net |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 16, 2021 | Form ID: pdf903 | Total Noticed: 1 |

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William E. Craig
    on behalf of Creditor Ally Financial mortoncraigecf@gmail.com mortoncraigecf@gmail.com

TOTAL: 8