Printed on: 12/31/2021  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2021 to 12/31/2021  
**Case Number: 18-35313 (JNP)**

Dorothy A. Durant-Dixon  
311 Laurel Avenue  
Woodlynne, NJ  08107

Monthly Payment: $0.00  
Payments / Month: 1  
Current Trustee Comp.: 8.40%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 03/18/2021 | $500.00 | 07/14/2021 | $910.00 | 09/08/2021 | $960.00 | 10/12/2021 | $500.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | DOROTHY A. DURANT-DIXON | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | STACEY L. MULLEN, ESQUIRE | 13 | $4,250.00 | $4,250.00 | $0.00 | $652.49 |
| 0 | STACEY L. MULLEN, ESQUIRE | 13 | $400.00 | $400.00 | $0.00 | $123.63 |
| 0 | STACEY L. MULLEN, ESQUIRE | 13 | $400.00 | $400.00 | $0.00 | $400.00 |
| 0 | STACEY L. MULLEN, ESQUIRE | 13 | $800.00 | $800.00 | $0.00 | $800.00 |
| 0 | STACEY L. MULLEN, ESQUIRE | 13 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| 0 | STACEY L. MULLEN, ESQUIRE | 13 | $500.00 | $0.01 | $499.99 | $0.00 |
| 1 | ALLY FINANCIAL | 24 | $535.95 | $174.61 | $361.34 | $96.39 |
| 2 | BLAZE MASTER CARD | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | CAPITAL ONE, N.A. | 33 | $593.13 | $0.00 | $593.13 | $0.00 |
| 4 | COMENITY-BIG LOTS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | QUANTUM3 GROUP, LLC | 33 | $607.78 | $0.00 | $607.78 | $0.00 |
| 6 | QUANTUM3 GROUP, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | QUANTUM3 GROUP, LLC | 33 | $1,721.70 | $0.00 | $1,721.70 | $0.00 |
| 8 | QUANTUM3 GROUP, LLC | 33 | $561.01 | $0.00 | $561.01 | $0.00 |
| 9 | CREDIT FIRST, N.A. | 33 | $769.98 | $0.00 | $769.98 | $0.00 |
| 10 | FIRST NATIONAL CREDIT CARD | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | QUANTUM3 GROUP, LLC | 33 | $300.00 | $0.00 | $300.00 | $0.00 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $480.20 | $0.00 | $480.20 | $0.00 |
| 13 | KML LAW GROUP | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | CAPITAL ONE, N.A. | 33 | $730.32 | $0.00 | $730.32 | $0.00 |
| 15 | SYNCHRONY BANK | 33 | $99.14 | $0.00 | $99.14 | $0.00 |
| 16 | DEPARTMENT STORES NATIONAL BANK | 33 | $315.25 | $0.00 | $315.25 | $0.00 |
| 17 | NATIONSTAR MORTGAGE, LLC | 24 | $13,090.28 | $4,265.02 | $8,825.26 | $2,354.35 |
| 18 | QUANTUM3 GROUP, LLC | 33 | $324.09 | $0.00 | $324.09 | $0.00 |
| 19 | NORDSTROM | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | OLD NAVY-SYNCHRONY BANK | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | QUANTUM3 GROUP, LLC | 33 | $332.16 | $0.00 | $332.16 | $0.00 |
| 22 | CAMDEN COUNTY MUA | 24 | $629.94 | $205.24 | $424.70 | $113.29 |
| 23 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 24 | U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $221.60 | $0.00 | $221.60 | $0.00 |
| 26 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27 | Stacey L. Mullen | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | LVNV FUNDING, LLC | 33 | $451.43 | $0.00 | $451.43 | $0.00 |
| 29 | EMERGENCY PHYSICIAN ASSOCIATES OF SJ, PC | 33 | $1,760.80 | $0.00 | $1,760.80 | $0.00 |
| 30 | ASHLEY FUNDING SERVICES, LLC | 33 | $7.80 | $0.00 | $7.80 | $0.00 |
| 31 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $447.79 | $0.00 | $447.79 | $0.00 |
| 32 | QUANTUM3 GROUP, LLC | 33 | $529.89 | $0.00 | $529.89 | $0.00 |
| 33 | QUANTUM3 GROUP, LLC | 33 | $450.00 | $0.00 | $450.00 | $0.00 |
| 34 | NATIONSTAR MORTGAGE, LLC | 13 | $531.00 | $531.00 | $0.00 | $164.13 |
| 35 | NATIONSTAR MORTGAGE, LLC | 13 | $350.00 | $350.00 | $0.00 | $350.00 |
| 36 | NATIONSTAR MORTGAGE, LLC | 13 | $350.00 | $350.00 | $0.00 | $350.00 |
| 37 | ALLY FINANCIAL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 38 | ALLY FINANCIAL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39 | ALLY FINANCIAL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 40 | ALLY FINANCIAL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 41 | ALLY FINANCIAL | 13 | $531.00 | $531.00 | $0.00 | $0.00 |
| 42 | NATIONSTAR MORTGAGE, LLC | 24 | $3,546.43 | $211.47 | $3,334.96 | $0.00 |
| 43 | NATIONSTAR MORTGAGE, LLC | 13 | $350.00 | $350.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 01/01/2019 | 36.00 | $0.00 |
| 01/01/2022 | Paid to Date | $15,041.00 |
| 02/01/2022 | 23.00 | $1,169.00 |
| 01/01/2024 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $2,870.00 |
| Total paid to creditors this period: | $5,404.28 |
| Undistributed Funds on Hand: | $0.00 |
| Arrearages: | ($15,041.00) |
| Attorney: | STACEY L. MULLEN, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**