Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−35313−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Dorothy A. Durant−Dixon
  311 Laurel Avenue
  Woodlynne, NJ 08107

Social Security No.:
  xxx−xx−3582

Employer's Tax I.D. No.:

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
### AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on July 21, 2021.

On June 27, 2022 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:             August 3, 2022
Time:             09:00 AM
Location:         4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: June 27, 2022
JAN: eag

                                                              Jeanne Naughton
                                                              Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-35313-JNP |
| Dorothy A. Durant-Dixon | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 4 |
| Date Rcvd: Jun 27, 2022 | Form ID: 185 | Total Noticed: 45 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dorothy A. Durant-Dixon, 311 Laurel Avenue, Woodlynne, NJ 08107-2128 |
| 518062896 | + | CAMDEN COUNTY MUA, 1645 FERRY AVE, CAMDEN NJ 08104-1311 |
| 517944671 | + | Comenity-Modell's Sporting Goods, P.O. Box 659707, San Antonio, TX 78265-9707 |
| 517944661 | + | New York & Company-Runway Rewards, P.O. Box 659728, San Antonio, TX 78265-9728 |
| 517944657 | + | Regional Sewer Service, P.O. Box 1105, Bellmawr, NJ 08099-5105 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 27 2022 20:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 27 2022 20:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517944656 | + | Email/Text: ally@ebn.phinsolutions.com | Jun 27 2022 20:41:00 | Ally, P.O. Box 380902, Bloomington, MN 55438-0902 |
| 517971297 | | Email/Text: ally@ebn.phinsolutions.com | Jun 27 2022 20:41:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 518050118 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 27 2022 20:45:07 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517944668 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 27 2022 20:45:04 | Capital One, P.O. Box 71087, Charlotte, NC 28272-1087 |
| 518025517 | | Email/PDF: bncnotices@becket-lee.com | Jun 27 2022 20:45:13 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518044814 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 27 2022 20:45:18 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518073849 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 27 2022 20:55:41 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 517944666 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 27 2022 20:42:00 | Comenity-Big Lots, P.O. Box 659707, San Antonio, TX 78265-9707 |
| 517944673 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 27 2022 20:42:00 | Comenity-Boscov's, P.O. Box 659622, San Antonio, TX 78265-9622 |
| 517944675 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 27 2022 20:42:00 | Comenity-HSN, P.O. Box 659707, San Antonio, |

| Recipient ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | TX 78265-9707 |
| 517944674 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 27 2022 20:42:00 | Comenity-Victoria's Secret, P.O. Box 659728, San Antonio, TX 78265-9728 |
| 518078356 | + | Email/Text: BKPT@cfna.com | Jun 27 2022 20:41:00 | Credit First NA, PO Box 818011, Cleveland OH 44181-8011 |
| 517944676 | + | Email/Text: BKPT@cfna.com | Jun 27 2022 20:41:00 | Credit First, NA, P.O. Box 81344, Cleveland, OH 44188-0001 |
| 517944659 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 27 2022 20:55:32 | Macy's, P.O. Box 8058, Mason, OH 45040 |
| 518073852 | | Email/Text: bnc-quantum@quantum3group.com | Jun 27 2022 20:42:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518046071 | ^ | MEBN | Jun 27 2022 20:41:40 | Emergency Physician Associate of South Jersey, PO Box 1123, Minneapolis MN 55440-1123 |
| 517944667 | | Email/Text: BNSFN@capitalsvcs.com | Jun 27 2022 20:42:00 | First National Credit Card, P.O. Box 2496, Omaha, NE 68103 |
| 517944672 | | Email/Text: BNBLAZE@capitalsvcs.com | Jun 27 2022 20:42:00 | Blaze Master Card, P.O. Box 5096, Sioux Falls, SD 57117 |
| 517944662 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 27 2022 20:42:00 | Forever 21, P.O. Box 659820, San Antonio, TX 78265-9120 |
| 517944660 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 27 2022 20:55:46 | Home Depot Credit Services, P.O. Box 9001010, Louisville, KY 40290-1010 |
| 517944665 | + | Email/Text: PBNCNotifications@peritusservices.com | Jun 27 2022 20:41:00 | Kohl's, P.O. Box 2983, Milwaukee, WI 53201-2983 |
| 518016111 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 27 2022 20:45:07 | LVNV Funding LLC C/O Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517944658 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 27 2022 20:45:09 | Lowes/Synchrony Bank, P.O. Box 530914, Atlanta, GA 30353-0914 |
| 517944653 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 27 2022 20:42:00 | Mr. Cooper, 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 517981713 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 27 2022 20:42:00 | Nationstar Mortgage LLC, d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 517944663 | + | Email/Text: bnc@nordstrom.com | Jun 27 2022 20:42:03 | Nordstrom, P.O. Box 79139, Phoenix, AZ 85062-9139 |
| 517944670 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 27 2022 20:45:03 | Old Navy-Synchrony Bank, P.O. Box 530942, Atlanta, GA 30353-0942 |
| 517944664 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 27 2022 20:42:00 | Overstock, P.O. Box 659707, San Antonio, TX 78265-9707 |
| 518047736 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 27 2022 20:45:18 | Portfolio Recovery Associates, LLC, C/O capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 518709208 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 27 2022 20:45:18 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518709209 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 27 2022 20:45:12 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518047731 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 27 2022 20:45:12 | Portfolio Recovery Associates, LLC, c/o Walmart Credit Card, POB 41067, Norfolk VA 23541 |
| 518062118 | | Email/Text: bnc-quantum@quantum3group.com | Jun 27 2022 20:42:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518062120 | | Email/Text: bnc-quantum@quantum3group.com | | |

Case 18-35313-JNP    Doc 106    Filed 06/29/22    Entered 06/30/22 00:13:30    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 27, 2022 | Form ID: 185 | Total Noticed: 45 |

|  |  |  | Jun 27 2022 20:42:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
|---|---|---|---|---|
| 518065843 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 27 2022 20:45:05 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 517944926 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 27 2022 20:45:10 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517944655 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Jun 27 2022 20:45:15 | US Dept. of HUD, 451 7th Street S.W., Washington, DC 20410-0001 |
| 517944669 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 27 2022 20:45:10 | Walmart-Synchrony Bank, P.O. Box 530927, Atlanta, GA 30353-0927 |

TOTAL: 40

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| 518055910 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, C/O capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 518055886 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, c/o Walmart Credit Card, POB 41067, Norfolk VA 23541 |
| 517944654 | ##+ | KML Law Group, 216 Haddon Avenue, Suite 406, Westmont, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2022    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| John R. Morton, Jr. | on behalf of Creditor Ally Financial ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Rebecca Ann Solarz | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper rsolarz@kmllawgroup.com |

District/off: 0312-1  User: admin  Page 4 of 4
Date Rcvd: Jun 27, 2022  Form ID: 185  Total Noticed: 45

Stacey L. Mullen
          on behalf of Debtor Dorothy A. Durant-Dixon slmullen@comcast.net

U.S. Trustee
          USTPRegion03.NE.ECF@usdoj.gov

William E. Craig
          on behalf of Creditor Ally Financial mortoncraigecf@gmail.com mortoncraigecf@gmail.com

TOTAL: 8