Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−35313−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Dorothy A. Durant−Dixon
   311 Laurel Avenue
   Woodlynne, NJ 08107

Social Security No.:
   xxx−xx−3582

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on August 8, 2022.

Dated: August 8, 2022
JAN: kvr

                                                        Jeanne Naughton
                                                        Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-35313-JNP |
| Dorothy A. Durant-Dixon | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 4 |
| Date Rcvd: Aug 08, 2022 | Form ID: plncf13 | Total Noticed: 45 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dorothy A. Durant-Dixon, 311 Laurel Avenue, Woodlynne, NJ 08107-2128 |
| 518062896 | + | CAMDEN COUNTY MUA, 1645 FERRY AVE, CAMDEN NJ 08104-1311 |
| 517944671 | + | Comenity-Modell's Sporting Goods, P.O. Box 659707, San Antonio, TX 78265-9707 |
| 517944661 | + | New York & Company-Runway Rewards, P.O. Box 659728, San Antonio, TX 78265-9728 |
| 517944657 | + | Regional Sewer Service, P.O. Box 1105, Bellmawr, NJ 08099-5105 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 08 2022 20:36:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 08 2022 20:36:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517944656 | + | Email/Text: ally@ebn.phinsolutions.com | Aug 08 2022 20:35:00 | Ally, P.O. Box 380902, Bloomington, MN 55438-0902 |
| 517971297 | | Email/Text: ally@ebn.phinsolutions.com | Aug 08 2022 20:35:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 518050118 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 08 2022 20:49:08 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517944668 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 08 2022 20:38:53 | Capital One, P.O. Box 71087, Charlotte, NC 28272-1087 |
| 518025517 | | Email/PDF: bncnotices@becket-lee.com | Aug 08 2022 20:38:57 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518044814 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 08 2022 20:49:06 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518073849 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 08 2022 20:49:09 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 517944666 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 08 2022 20:35:00 | Comenity-Big Lots, P.O. Box 659707, San Antonio, TX 78265-9707 |
| 517944673 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 08 2022 20:35:00 | Comenity-Boscov's, P.O. Box 659622, San Antonio, TX 78265-9622 |
| 517944675 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 08 2022 20:35:00 | Comenity-HSN, P.O. Box 659707, San Antonio, |

| Recipient ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | TX 78265-9707 |
| 517944674 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 08 2022 20:35:00 | Comenity-Victoria's Secret, P.O. Box 659728, San Antonio, TX 78265-9728 |
| 518078356 | + | Email/Text: BKPT@cfna.com | Aug 08 2022 20:35:00 | Credit First NA, PO Box 818011, Cleveland OH 44181-8011 |
| 517944676 | + | Email/Text: BKPT@cfna.com | Aug 08 2022 20:35:00 | Credit First, NA, P.O. Box 81344, Cleveland, OH 44188-0001 |
| 517944659 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 08 2022 20:49:21 | Macy's, P.O. Box 8058, Mason, OH 45040 |
| 518073852 | | Email/Text: bnc-quantum@quantum3group.com | Aug 08 2022 20:35:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518046071 | ^ | MEBN | Aug 08 2022 20:34:29 | Emergency Physician Associate of South Jersey, PO Box 1123, Minneapolis MN 55440-1123 |
| 517944667 | | Email/Text: BNSFN@capitalsvcs.com | Aug 08 2022 20:35:00 | First National Credit Card, P.O. Box 2496, Omaha, NE 68103 |
| 517944672 | | Email/Text: BNBLAZE@capitalsvcs.com | Aug 08 2022 20:35:00 | Blaze Master Card, P.O. Box 5096, Sioux Falls, SD 57117 |
| 517944662 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 08 2022 20:35:00 | Forever 21, P.O. Box 659820, San Antonio, TX 78265-9120 |
| 517944660 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 08 2022 20:49:21 | Home Depot Credit Services, P.O. Box 9001010, Louisville, KY 40290-1010 |
| 517944665 | + | Email/Text: PBNCNotifications@peritusservices.com | Aug 08 2022 20:35:00 | Kohl's, P.O. Box 2983, Milwaukee, WI 53201-2983 |
| 518016111 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 08 2022 20:49:16 | LVNV Funding LLC C/O Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517944658 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 08 2022 20:38:33 | Lowes/Synchrony Bank, P.O. Box 530914, Atlanta, GA 30353-0914 |
| 517944653 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 08 2022 20:35:00 | Mr. Cooper, 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 517981713 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 08 2022 20:35:00 | Nationstar Mortgage LLC, d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 517944663 | + | Email/Text: bnc@nordstrom.com | Aug 08 2022 20:35:09 | Nordstrom, P.O. Box 79139, Phoenix, AZ 85062-9139 |
| 517944670 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 08 2022 20:38:33 | Old Navy-Synchrony Bank, P.O. Box 530942, Atlanta, GA 30353-0942 |
| 517944664 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 08 2022 20:35:00 | Overstock, P.O. Box 659707, San Antonio, TX 78265-9707 |
| 518047736 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 08 2022 20:38:43 | Portfolio Recovery Associates, LLC, C/O capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 518709208 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 08 2022 20:49:07 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518709209 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 08 2022 20:49:07 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518047731 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 08 2022 20:38:55 | Portfolio Recovery Associates, LLC, c/o Walmart Credit Card, POB 41067, Norfolk VA 23541 |
| 518062118 | | Email/Text: bnc-quantum@quantum3group.com | Aug 08 2022 20:35:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518062120 | | Email/Text: bnc-quantum@quantum3group.com | | |

Case 18-35313-JNP    Doc 112    Filed 08/10/22    Entered 08/11/22 00:11:29    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 08, 2022 | Form ID: plncf13 | Total Noticed: 45 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Aug 08 2022 20:35:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518065843 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 08 2022 20:49:07 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 517944926 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 08 2022 20:38:14 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517944655 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Aug 08 2022 20:38:15 | US Dept. of HUD, 451 7th Street S.W., Washington, DC 20410-0001 |
| 517944669 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 08 2022 20:38:20 | Walmart-Synchrony Bank, P.O. Box 530927, Atlanta, GA 30353-0927 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| 518055910 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, C/O capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 518055886 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, c/o Walmart Credit Card, POB 41067, Norfolk VA 23541 |
| 517944654 | ##+ | KML Law Group, 216 Haddon Avenue, Suite 406, Westmont, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2022          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| John R. Morton, Jr. | on behalf of Creditor Ally Financial ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| Rebecca Ann Solarz | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper rsolarz@kmllawgroup.com |

| District/off: 0312-1 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Aug 08, 2022 | Form ID: plncf13 | Total Noticed: 45 |

Stacey L. Mullen
    on behalf of Debtor Dorothy A. Durant-Dixon slmullen@comcast.net

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William E. Craig
    on behalf of Creditor Ally Financial ecfmail@mortoncraig.com mortoncraigecf@gmail.com

TOTAL: 8