Printed on: 12/31/2022  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 18-35313 (JNP)

Dorothy A. Durant-Dixon  
311 Laurel Avenue  
Woodlynne, NJ  08107

Monthly Payment: $856.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2022 to 12/31/2022**
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 03/17/2022 | $1,500.00 | 05/11/2022 | $850.00 | 08/04/2022 | $500.00 | 08/04/2022 | $200.00 |
| 10/24/2022 | $1,500.00 | 12/07/2022 | $1,000.00 | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | DOROTHY A. DURANT-DIXON | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | STACEY L. MULLEN, ESQUIRE | 13 | $4,250.00 | $4,250.00 | $0.00 | $0.00 |
| 0 | STACEY L. MULLEN, ESQUIRE | 13 | $400.00 | $400.00 | $0.00 | $0.00 |
| 0 | STACEY L. MULLEN, ESQUIRE | 13 | $400.00 | $400.00 | $0.00 | $0.00 |
| 0 | STACEY L. MULLEN, ESQUIRE | 13 | $800.00 | $800.00 | $0.00 | $0.00 |
| 0 | STACEY L. MULLEN, ESQUIRE | 13 | $1,000.00 | $1,000.00 | $0.00 | $1,000.00 |
| 0 | STACEY L. MULLEN, ESQUIRE | 13 | $500.00 | $500.00 | $0.00 | $0.01 |
| 0 | STACEY L. MULLEN, ESQUIRE | 13 | $800.00 | $800.00 | $0.00 | $0.00 |
| 1 | ALLY FINANCIAL | 24 | $535.95 | $535.95 | $0.00 | $78.22 |
| 2 | BLAZE MASTER CARD | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | CAPITAL ONE, N.A. | 33 | $593.13 | $29.17 | $563.96 | $0.00 |
| 4 | COMENITY-BIG LOTS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | QUANTUM3 GROUP, LLC | 33 | $607.78 | $29.89 | $577.89 | $0.00 |
| 6 | QUANTUM3 GROUP, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | QUANTUM3 GROUP, LLC | 33 | $1,721.70 | $84.68 | $1,637.02 | $0.00 |
| 8 | QUANTUM3 GROUP, LLC | 33 | $561.01 | $27.59 | $533.42 | $0.00 |
| 9 | CREDIT FIRST, N.A. | 33 | $769.98 | $37.87 | $732.11 | $0.00 |
| 10 | FIRST NATIONAL CREDIT CARD | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | QUANTUM3 GROUP, LLC | 33 | $300.00 | $14.76 | $285.24 | $0.00 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $480.20 | $23.62 | $456.58 | $0.00 |
| 13 | KML LAW GROUP | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | CAPITAL ONE, N.A. | 33 | $730.32 | $35.92 | $694.40 | $0.00 |
| 15 | SYNCHRONY BANK | 33 | $99.14 | $4.88 | $94.26 | $0.00 |
| 16 | DEPARTMENT STORES NATIONAL BANK | 33 | $315.25 | $15.51 | $299.74 | $0.00 |
| 17 | NATIONSTAR MORTGAGE, LLC | 24 | $5,391.58 | $5,391.58 | $0.00 | $1,910.67 |
| 18 | QUANTUM3 GROUP, LLC | 33 | $324.09 | $15.94 | $308.15 | $0.00 |
| 19 | NORDSTROM | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | OLD NAVY-SYNCHRONY BANK | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | QUANTUM3 GROUP, LLC | 33 | $332.16 | $16.34 | $315.82 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 22 | CAMDEN COUNTY MUA | 24 | $629.94 | $629.94 | $0.00 | $91.95 |
| 23 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $221.60 | $10.90 | $210.70 | $0.00 |
| 26 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27 | Stacey L. Mullen | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | LVNV FUNDING, LLC | 33 | $451.43 | $22.20 | $429.23 | $0.00 |
| 29 | EMERGENCY PHYSICIAN ASSOCIATES OF SJ, PC | 33 | $1,760.80 | $86.61 | $1,674.19 | $0.00 |
| 30 | ASHLEY FUNDING SERVICES, LLC | 33 | $7.80 | $0.38 | $7.42 | $0.00 |
| 31 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $447.79 | $22.02 | $425.77 | $0.00 |
| 32 | QUANTUM3 GROUP, LLC | 33 | $529.89 | $26.06 | $503.83 | $0.00 |
| 33 | QUANTUM3 GROUP, LLC | 33 | $450.00 | $22.13 | $427.87 | $0.00 |
| 34 | NATIONSTAR MORTGAGE, LLC | 13 | $531.00 | $531.00 | $0.00 | $0.00 |
| 35 | NATIONSTAR MORTGAGE, LLC | 13 | $350.00 | $350.00 | $0.00 | $0.00 |
| 36 | NATIONSTAR MORTGAGE, LLC | 13 | $350.00 | $350.00 | $0.00 | $0.00 |
| 37 | ALLY FINANCIAL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 38 | ALLY FINANCIAL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39 | ALLY FINANCIAL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 40 | ALLY FINANCIAL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 41 | ALLY FINANCIAL | 13 | $531.00 | $531.00 | $0.00 | $531.00 |
| 42 | NATIONSTAR MORTGAGE, LLC | 24 | $637.19 | $637.19 | $0.00 | $211.47 |
| 43 | NATIONSTAR MORTGAGE, LLC | 13 | $350.00 | $350.00 | $0.00 | $350.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 01/01/2019 | 42.00 | $0.00 |
| 07/01/2022 | Paid to Date | $17,391.00 |
| 08/01/2022 | 1.00 | $700.00 |
| 09/01/2022 | 15.00 | $856.00 |
| 12/01/2023 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $5,550.00 |
| Total paid to creditors this period: | $4,173.32 |
| Undistributed Funds on Hand: | $914.02 |
| Arrearages: | $924.00 |
| Attorney: | STACEY L. MULLEN, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**