| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Dorothy A. Durant-Dixon<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3582<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 18-35313-JNP | |

## Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Dorothy A. Durant-Dixon

1/9/24

**By the court:** Jerrold N. Poslusny Jr.
                  United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                         **Chapter 13 Discharge**                      page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Dorothy A. Durant-Dixon  
  Debtor

Case No. 18-35313-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 4  
Date Rcvd: Jan 09, 2024    Form ID: 3180W    Total Noticed: 44

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 11, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dorothy A. Durant-Dixon, 311 Laurel Avenue, Woodlynne, NJ 08107-2128 |
| 518062896 | + | CAMDEN COUNTY MUA, 1645 FERRY AVE, CAMDEN NJ 08104-1311 |
| 517944673 | | Comenity-Boscov's, P.O. Box 659622, San Antonio, TX 78265 |
| 517944671 | | Comenity-Modell's Sporting Goods, P.O. Box 659707, San Antonio, TX 78265 |
| 517944661 | | New York & Company-Runway Rewards, P.O. Box 659728, San Antonio, TX 78265 |
| 517944657 | + | Regional Sewer Service, P.O. Box 1105, Bellmawr, NJ 08099-5105 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 09 2024 20:40:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 09 2024 20:40:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517944656 | + | EDI: GMACFS.COM | Jan 10 2024 01:34:00 | Ally, P.O. Box 380902, Bloomington, MN 55438-0902 |
| 517971297 | | EDI: GMACFS.COM | Jan 10 2024 01:34:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 518050118 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 09 2024 20:57:24 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517944668 | + | EDI: CAPITALONE.COM | Jan 10 2024 01:34:00 | Capital One, P.O. Box 71087, Charlotte, NC 28272-1087 |
| 518025517 | | Email/PDF: bncnotices@becket-lee.com | Jan 09 2024 20:57:59 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518044814 | + | EDI: AIS.COM | Jan 10 2024 01:34:00 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518073849 | + | EDI: CITICORP | Jan 10 2024 01:34:00 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 517944666 | | EDI: WFNNB.COM | Jan 10 2024 01:34:00 | Comenity-Big Lots, P.O. Box 659707, San Antonio, TX 78265 |
| 517944675 | | EDI: WFNNB.COM | Jan 10 2024 01:34:00 | Comenity-HSN, P.O. Box 659707, San Antonio, TX 78265 |
| 517944674 | | EDI: WFNNB.COM | Jan 10 2024 01:34:00 | Comenity-Victoria's Secret, P.O. Box 659728, San Antonio, TX 78265 |

Case 18-35313-JNP    Doc 124    Filed 01/11/24    Entered 01/12/24 00:13:38    Desc
Imaged Certificate of Notice    Page 4 of 6

| District/off: 0312-1 | User: admin | Page 2 of 4 |
| --- | --- | --- |
| Date Rcvd: Jan 09, 2024 | Form ID: 3180W | Total Noticed: 44 |

| | | | | |
| --- | --- | --- | --- | --- |
| 518078356 | + | EDI: CRFRSTNA.COM | | |
| | | | Jan 10 2024 01:34:00 | Credit First NA, PO Box 818011, Cleveland OH 44181-8011 |
| 517944676 | + | EDI: CRFRSTNA.COM | | |
| | | | Jan 10 2024 01:34:00 | Credit First, NA, P.O. Box 81344, Cleveland, OH 44188-0001 |
| 517944659 | | EDI: CITICORP | | |
| | | | Jan 10 2024 01:34:00 | Macy's, P.O. Box 8058, Mason, OH 45040 |
| 518073852 | | EDI: Q3G.COM | | |
| | | | Jan 10 2024 01:34:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518046071 | | Email/Text: BNCnotices@dcmservices.com | | |
| | | | Jan 09 2024 20:40:00 | Emergency Physician Associate of South Jersey, PO Box 1123, Minneapolis MN 55440-1123 |
| 517944667 | | Email/Text: BNSFN@capitalsvcs.com | | |
| | | | Jan 09 2024 20:40:00 | First National Credit Card, P.O. Box 2496, Omaha, NE 68103 |
| 517944672 | | Email/Text: BNBLAZE@capitalsvcs.com | | |
| | | | Jan 09 2024 20:40:00 | Blaze Master Card, P.O. Box 5096, Sioux Falls, SD 57117 |
| 517944662 | | EDI: WFNNB.COM | | |
| | | | Jan 10 2024 01:34:00 | Forever 21, P.O. Box 659820, San Antonio, TX 78265 |
| 517944660 | + | EDI: CITICORP | | |
| | | | Jan 10 2024 01:34:00 | Home Depot Credit Services, P.O. Box 9001010, Louisville, KY 40290-1010 |
| 517944665 | + | Email/Text: PBNCNotifications@peritusservices.com | | |
| | | | Jan 09 2024 20:39:00 | Kohl's, P.O. Box 2983, Milwaukee, WI 53201-2983 |
| 518016111 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Jan 09 2024 20:57:24 | LVNV Funding LLC C/O Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517944658 | + | EDI: SYNC | | |
| | | | Jan 10 2024 01:34:00 | Lowes/Synchrony Bank, P.O. Box 530914, Atlanta, GA 30353-0914 |
| 517944653 | + | Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | | Jan 09 2024 20:40:00 | Mr. Cooper, 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 517981713 | + | Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | | Jan 09 2024 20:40:00 | Nationstar Mortgage LLC, d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 517944663 | + | Email/Text: bnc@nordstrom.com | | |
| | | | Jan 09 2024 20:40:30 | Nordstrom, P.O. Box 79139, Phoenix, AZ 85062-9139 |
| 517944670 | + | EDI: SYNC | | |
| | | | Jan 10 2024 01:34:00 | Old Navy-Synchrony Bank, P.O. Box 530942, Atlanta, GA 30353-0942 |
| 517944664 | | EDI: WFNNB.COM | | |
| | | | Jan 10 2024 01:34:00 | Overstock, P.O. Box 659707, San Antonio, TX 78265 |
| 518047736 | | EDI: PRA.COM | | |
| | | | Jan 10 2024 01:34:00 | Portfolio Recovery Associates, LLC, C/O capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 518709208 | | EDI: PRA.COM | | |
| | | | Jan 10 2024 01:34:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518709209 | | EDI: PRA.COM | | |
| | | | Jan 10 2024 01:34:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518047731 | | EDI: PRA.COM | | |
| | | | Jan 10 2024 01:34:00 | Portfolio Recovery Associates, LLC, c/o Walmart Credit Card, POB 41067, Norfolk VA 23541 |
| 518062118 | | EDI: Q3G.COM | | |
| | | | Jan 10 2024 01:34:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518062120 | | EDI: Q3G.COM | | |
| | | | Jan 10 2024 01:34:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 517944926 | + | EDI: AIS.COM | | |
| | | | Jan 10 2024 01:34:00 | Synchrony Bank, c/o AIS InfoSource, LP, 4515 N |

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 09, 2024 | Form ID: 3180W | Total Noticed: 44 |

| Recip ID | | Bypass Reason | | Date/Time | Address |
|---|---|---|---|---|---|
| 517944655 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | | Jan 09 2024 20:57:59 | US Dept. of HUD, 451 7th Street S.W., Washington, DC 20410-0001 |
| 517944669 | + | EDI: SYNC | | Jan 10 2024 01:34:00 | Walmart-Synchrony Bank, P.O. Box 530927, Atlanta, GA 30353-0927 |

(Santa Fe Avenue, Oklahoma City, OK 73118-7901)

TOTAL: 38

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| 518055910 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, C/O capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 518055886 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, c/o Walmart Credit Card, POB 41067, Norfolk VA 23541 |
| 518065843 | *+ | Synchrony Bank, c/o AIS InfoSource, LP, 4515 N Santa Fe Avenue, Oklahoma City, OK 73118-7901 |
| 517944654 | ##+ | KML Law Group, 216 Haddon Avenue, Suite 406, Westmont, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2024                    Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 9, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com |
| Denise E. Carlon | on behalf of Creditor J.P. Morgan Mortgage Acquisition Corp. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Nationstar Mortgage LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| John R. Morton, Jr. | on behalf of Creditor Ally Financial ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| Stacey L. Mullen | on behalf of Debtor Dorothy A. Durant-Dixon slmullen@comcast.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-1     User: admin     Page 4 of 4
Date Rcvd: Jan 09, 2024     Form ID: 3180W     Total Noticed: 44

William E. Craig
                        on behalf of Creditor Ally Financial ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

TOTAL: 9